IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **NEIL F. LETREN**, *pro se* | * | |
| Plaintiff | * | |
| v. | * | Civil No. **16-3780** |
| **PNC BANK, N.A.** | * | |
| Defendant | * | |

**FINAL ORDER OF JUDGMENT**

Upon consideration of Defendant PNC Bank, N.A.'s ("PNC") Motion for Judgment on the Pleadings, ECF No. 15, and the Opposition thereto; it is, for the reasons set forth in the accompanying Memorandum Opinion, this 1st day of August, 2017,

**ORDERED**

1. Defendant PNC's Motion for Judgment on the Pleadings, ECF No. 15, is **GRANTED**;

2. Final Judgment is **ENTERED** in favor of PNC and against Martin;

3. The Clerk of the Court shall **CLOSE** the case.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**